UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

-FILED-

NOV 0 7 2024

At _____
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION |
| | ) | |
| v. | ) | Case No.: 3:24-cr-**84 CCB** |
| | ) | |
| MYRON SHAW | ) | 18 U.S.C. § 922(a)(6) |

**THE UNITED STATES ATTORNEY CHARGES:**

On or about October 3, 2024, in the Northern District of Indiana,

**MYRON SHAW,**

defendant herein, in connection with the attempted acquisition of a firearm from FFL 1, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to FFL 1 that was intended and likely to deceive FFL 1 as to a fact material to the lawfulness of the attempted acquisition of the firearm by the defendant under Chapter 44 of Title 18, in that the defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record to the effect that the defendant had not been convicted in any court of a felony offense when in fact the defendant had been previously convicted of a felony offense.

All in violation of Title 18, United States Code, Section 922(a)(6).

APPROVED BY:

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:   s/ Lydia T. Lucius
Lydia T. Lucius
Assistant United States Attorney