UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 3:24-CR-84-CCB-SJF

MYRON SHAW

## ORDER

The Court has reviewed the findings and recommendation of Magistrate Judge Scott J.

Frankel filed November 20, 2024.  [DE 6].  Defendant Myron Shaw pleaded guilty to the sole count

of the Information charging him as follows:

> [Defendant Myron Shaw] in connection with the attempted acquisition of a firearms
> from FFL 1, a licensed dealer of firearms within the meaning of Chapter 44,  Title
> 18, United States Code, knowingly made a false and fictitious statement to FFL 1
> that was intended and likely to deceive FFL 1 as to a fact material to the lawfulness
> of the attempted acquisition of the firearms by the defendant under Chapter 44 of
> Title 18, in that the defendant executed a Department of Justice Bureau of Alcohol,
> Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record to the
> effect that the defendant had not been convicted in any court of a felony offense
> when in fact the defendant had been previously convicted of a felony offense

in violation of 18 U.S.C. §§ 922(a)(6).  [DE 1].  No party objected, and the time to object has passed.

The Court now adopts the findings and recommendation in their entirety.  The plea of guilty to this

offense as charged in the Indictment is hereby accepted, and the defendant is adjudged guilty of this

offense.

Any objections a party submits to the probation officer in response to the draft Presentence

Report must specifically identify the basis of the objection and any supporting authority.  Should the

Addendum to the final Presentence Report reflect any outstanding objections by a party, that party

must specifically state in its sentencing memorandum whether it maintains that objection.  If so, the

party must identify the basis and authority for its objection and, where applicable, any evidence the

party expects to offer in support of that objection.  The party should also state if, consistent with

Rule 32(i)(3)(B), it does not believe a ruling on that objection will be necessary.

SO ORDERED.

December 9, 2024

_/s/ Cristal C. Brisco_____
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT