UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 3:24-CR-84-CCB-SJF |
| MYRON SHAW | |

## AMENDED ORDER

The Court has reviewed the findings and recommendation of Magistrate Judge Scott J. Frankel filed November 20, 2024.  [DE 6].  Defendant Myron Shaw pleaded guilty to the sole count of the Information charging him as follows:

> [Defendant Myron Shaw] in connection with the attempted acquisition of a firearms from FFL 1, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to FFL 1 that was intended and likely to deceive FFL 1 as to a fact material to the lawfulness of the attempted acquisition of the firearms by the defendant under Chapter 44 of Title 18, in that the defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record to the effect that the defendant had not been convicted in any court of a felony offense when in fact the defendant had been previously convicted of a felony offense

in violation of 18 U.S.C. §§ 922(a)(6).  [DE 1].  No party objected, and the time to object has passed.  The Court now adopts the findings and recommendation in their entirety.  The plea of guilty to this offense as charged in the Information is hereby accepted, and the defendant is adjudged guilty of this offense.

Any objections a party submits to the probation officer in response to the draft Presentence Report must specifically identify the basis of the objection and any supporting authority.  Should the Addendum to the final Presentence Report reflect any outstanding objections by a party, that party must specifically state in its sentencing memorandum whether it maintains that objection.  If so, the party must identify the basis and authority for its objection and, where applicable, any evidence the

party expects to offer in support of that objection. The party should also state if, consistent with Rule 32(i)(3)(B), it does not believe a ruling on that objection will be necessary.

SO ORDERED.

December 9, 2024

                                                  /s/ *Cristal C. Brisco*
                                                  CRISTAL C. BRISCO, JUDGE
                                                  UNITED STATES DISTRICT COURT